SCWC-16-0000669

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF THE ESTATE OF CARY THORNTON, Deceased,

and

JAMES HALL,
Petitioner-Appellant,

vs.

RANDALL YEE, Special Administrator and THE BANK OF AMERICA, N.A.,
Respondents-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000669; P. NO. 13-1-0360)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner-Appellant James Hall's application for writ

of certiorari, filed on January 11, 2018, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

